**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES WILLIAMSON                                                                                    PLAINTIFF
ADC #152796

V.                                              NO: 5:14CV00198 SWW/HDY

SEVILLE BELL, JR. *et al.*                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendants James Booker and Farrelle Williams are DISMISSED WITH PREJUDICE, and Booker and Williams are removed as party Defendants.

DATED this 18th day of June 2014.

                                                                                /s/Susan Webber Wright

                                                                                UNITED STATES DISTRICT JUDGE