## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES WILLIAMSON                                                                                            PLAINTIFF
ADC #152796

V.                                                NO: 5:14CV00198 SWW

SEVILLE BELL, JR. *et al.*                                                                                   DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motions for summary judgment (docket entries #72 & #75) are GRANTED, and Plaintiff's complaint is DISMISSED.

2. Plaintiff's claims against Defendants Shawn Richard, James Booker, and Farrelle Williams, are DISMISSED WITH PREJUDICE.

3. Plaintiff's claims against all other Defendants are DISMISSED WITHOUT PREJUDICE.

4. Plaintiff's motion to grant exhibits (docket entry #89) is DENIED AS MOOT.

5. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of March 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE