**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES WILLIAMSON                                                                                          PLAINTIFF
ADC #152796

V.                                              NO: 5:14CV00198 SWW

SEVILLE BELL, JR. *et al.*                                                                                  DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against Defendants Shawn Richard, James Booker, and Farrelle Williams, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of March 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE